IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN JOSEPH GATTUS,** | **CIVIL NO. 1:12-1083** |
| **Plaintiff** | |
| v. | **(Judge Rambo)** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | **(Magistrate Judge Carlson)** |
| **Defendant** | |

## O R D E R

      Before the court is a January 17, 2014, report and recommendation of the magistrate judge to whom this matter was referred in which he recommends that the decision of the Commissioner of Social Security, which denied social security disability benefits to Plaintiff, be upheld.  Objections to the report and recommendation were due no later than February 3, 2014 and, to date, no objections have been filed.

      This court has thoroughly reviewed the report and recommendation, the facts cited and the applicable law and finds that the recommendation of the magistrate judge is supported by the record.  **IT IS THEREFORE ORDERED THAT**:

      1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 11).

      2) The decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

      3) The Clerk of Court shall close the file.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated:  February 14, 2014.